NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000578**
**16-MAR-2020**
**11:55 AM**

NOS. CAAP-19-0000578 AND CAAP-19-0000740

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CAAP-19-0000578
CHAD R. WALKER and JENNIFER WALKER, Plaintiffs-
Appellees, v. MAYA MARIE HERING in her INDIVIDUAL
CAPACITY and as PERSONAL REPRESENTATIVE OF THE
ESTATE OF JEAN LYNN HERING, DECEASED; THE ESTATE
OF JEAN LYNN HERING, Defendants-Appellants, and
KAREN B. CLARKSON; CLARK REALTY CORPORATION,
Defendants-Appellees, and JOHN DOES 1-10; JANE
DOES 1-10; and DOE ENTITIES 1-10, Defendants

AND

CAAP-19-0000740
CHAD R. WALKER and JENNIFER WALKER, Plaintiffs-
Appellants/Cross-Appellees, v. MAYA MARIE HERING
in her INDIVIDUAL CAPACITY and as PERSONAL
REPRESENTATIVE OF THE ESTATE OF JEAN LYNN HERING,
DECEASED; THE ESTATE OF JEAN LYNN HERING,
Defendants-Appellees/Cross-Appellees, and
KAREN B. CLARKSON; CLARK REALTY CORPORATION,
Defendants-Appellees/Cross-Appellants, and JOHN
DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 14-1-0411)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice (Stipulation), filed March 9, 2020, by

Defendants-Appellees/Cross-Appellants Karen B. Clarkson and Clark Realty Corporation, the papers in support, and the record, it appears that (1) this consolidated appeal, including the appeals and cross-appeals in case numbers CAAP-19-0000578 and CAAP-19-0000740, has been docketed; (2) the parties stipulate to dismiss the appeals and cross-appeals with prejudice and bear their own attorneys' fees and costs; (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeals and cross-appeals; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and all appeals and cross-appeals in this consolidated appeal are dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, March 16, 2020.

Presiding Judge

Associate Judge

Associate Judge

2